TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00426-CV

In re Charles B. Gorham and Edward Badouh, Jr., Individually 

and as next friend of Edward Badouh, III, a Minor

ORIGINAL PROCEEDING FROM COMAL COUNTY 

PER CURIAM

 Because the probate court has ordered that the lien claims of relators, Charles B.
Gorham and Edward Badouh, Jr., "shall attach to the funds to be held in the registry of the
court," we deny relators' petition for writs of mandamus, prohibition, and injunction. See Tex.
R. App. P. 52.8(a). In addition, we overrule relators' accompanying motion for precedence and
motion for temporary relief.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Filed: August 8, 2001

Do Not Publish